

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00679-CV

Maria E. **ESQUIVEL DE AGUILERA**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00587
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against the appellant Maria E. Esquivel De Aguilera.

SIGNED May 24, 2023.

_____
Irene Rios, Justice